**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1905**

---

DR. PEPI SCHAFLER,

　　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

SCOTT D. FIELD; REZNICK, FEDDER & SILVERMAN,

　　　　　　　　　　　　　　　　　Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (CA-02-1308-AW)

---

Submitted:  November 7, 2002　　　Decided:  November 13, 2002

---

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Pepi Schafler, Appellant Pro Se.  Kenneth Oestreicher, WHITEFORD, TAYLOR & PRESTON, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dr. Pepi Schafler appeals the district court's order granting the Appellees' motion to dismiss under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Schafler v. Field</u>, No. CA-02-1308-AW (D. Md. filed July 25, 2001; entered July 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>